UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERLA TREJO,<br><br>            Plaintiff,<br><br>    vs.<br><br>COUNTY OF KINGS, KEITH FAGUNDES,<br>and DOES I-L,<br><br>            Defendants. | CASE NO.  1:23-cv-01181-JLT-HBK<br><br>ORDER GRANTING MOTION TO<br>EXTEND EXPERT DESIGNATION AND<br>DISCOVERY DEADLINES<br><br>(Doc. No. 24) |

Pending before the Court is Plaintiff Perla Trejo and Defendant County of Kings ("the Parties") motion to modify the Case Management and Scheduling Order (Doc. No. 12) to extend the time for the Parties' expert witness designations and the expert discovery deadline.  The Parties advise they have mediation scheduled for October 25, 2024 and wish to avoid incurring additional fees and costs of designating experts and expert discovery prior to efforts to resolve this case through mediation.  The extension requested will not impact any of the other currently scheduled deadlines, including filing of dispositive motions and trial.

The Court finds good cause to extend the expert discovery deadlines. *See* Fed. R. Civ. P. 16(b)(4).

Accordingly, it is hereby ORDERED:

1.  The Parties' motion to modify the expert designation and discovery deadlines in the Case Management and Scheduling Order (Doc. No. 24) is GRANTED.

2. The following deadlines shall govern expert designations and discovery:

    a. Last Day to Disclose Expert Report: November 22, 2024;

    b. Last Day to Disclose Expert Rebuttal Reports: December 13, 2024; and

    c. Deadline for Expert Discovery: January 10, 2025.

3. The procedures set forth in the November 28, 2024 Case Management and Scheduling Order (Doc. No. 12) otherwise shall govern this action.

Dated:   October 23, 2024

HELENA M. BARCH-KUCHTA

UNITED STATES MAGISTRATE JUDGE